# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2017

152975

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 152975
                                    COA: 328957
                                    Macomb CC: 2012-002664-FH

JOHN ANTHONY NOTTE,
      Defendant-Appellant.

_____/

      By order of September 6, 2016, the application for leave to appeal the December 22, 2015 order of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich ___ (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND the case to the Court of Appeals for consideration of whether the departure sentence imposed by the trial court was reasonable under the standard set forth in *Steanhouse*.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017

Clerk

t0925